UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| BELUGA CHARTERING GMBH | * |
| | * |
| VERSUS | * |
| | * |
| GIROSKI, LLC | * |
| | * |

* * * * * * * * * * * * * * * * * *

### COMPLAINT

The plaintiff, Beluga Chartering GmbH ("Beluga"), files this complaint against Giroski, LLC ("Girsoki") and avers as follows:

1. Although there is jurisdiction for this claim under 28 U.S.C. § 1332 as the parties are completely diverse and the matter in controversy exceeds $75,000.00, this is an admiralty and maritime claim within the jurisdiction of the United States and this Court under 28 U.S.C. § 1333 and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. The plaintiff, Beluga, is a foreign company organized and existing under the laws of a state other than the State of Florida, with its principal offices in Bremen, Germany, and who was and is engaged in the business of operating vessels for the carriage of goods by sea.

3. The defendant, Giroski, is organized under the laws of Florida, with its principal place of business located in Miami and/or Hollywood, Florida.  At all material times, Girsoki was operating from Miami when confecting the above-mentioned fixture and settlement agreement.

4. Accordingly, venue and jurisdiction are proper.

5. On December 4, 2009, Giroski contracted with Beluga to carry a cargo of raw bulk sugar that was to be supplied to Beluga by Girsoki.  The cargo was to be shipped aboard the M/V

BELUGA FEDERATION, a vessel owned and/or operated by Beluga, from Santos, Brazil, to Puerto Cabello, Venezuela.

6. The business of ocean carriage requires extensive logistical planning and a significant commitment of resources on the part of a carrier, such as Beluga, prior to an actual shipment taking place. As the dates drew near for the loading of Giroski's cargo, Beluga set its wheels in motion to undertake its contractual obligations to carry Giroski's cargo by nominating the position of one of its vessels, the M/V BELUGA FEDERATION, a multipurpose cargo vessel.

7. Although Beluga fulfilled its obligations under the contract, Giroski failed to supply the cargo of sugar as agreed and no cargo was ever made available for loading.

8. Neither Giroski nor Beluga could arrange alternative suitable cargo.

9. Giroski's unilateral cancellation and breach of the maritime fixture agreement has caused Beluga financial hardship, entitling it to contractual and extra-contractual damages. These damages were suffered as a result of Giroski's breach of a maritime contract, as well as damages it incurred in having one of its vessels lose precious time and potential bookings of other cargo.

10. After making amicable demand to Giroski on several occasions, and after several rounds of negotiations, on March 1, 2010, Giroski tendered Beluga a settlement offer in the amount of $310,000.00 including a 1.25% brokerage commissions, which was agreed to by Beluga on the same day. *See* Email Confirmation between Beluga and brokers/agents for Girsoki, ERNST RUSS GmbH & Co. KG, confirming settlement agreement, attached as Exhibit A.

11. The agreement contained the following language:

> PLEASE TO RECAP THAT CHARTS [Giroski] AND OWNERS [Beluga] AGREED ON A COMPENSATION IN TOTAL OF 310.000 INCL 1.25 BROKER COMMISSION TO *ER . GIROSKI TO REIMBURSEMENT OWNERS BELUGA IN 2 PAYMENTS ($245,000 USD PAYABLE ON

> MARCH 12, 2010, AND THE FOLLOWING PAYMENT FOR THE BALANCE OF $65.000,00 PAYABLE ON APRIL 1TH OF THE SAME YEAR.) IN ORDER TO RELEASE BOTH PARTIES FROM ANY AND ALL LIABILITIES ASSOCIATED WITH THE CP MV BELUGA FEDERATION DD 04/12/09. *Id.* *(bracketed text added).*

12. To date, Giroski has failed to make the two agreed-upon payments requiring Beluga to retain undersigned counsel in the enforcement of the agreement through this action.

13. Prior to filing suit, in conversations with undersigned counsel, representatives of Giroski again verbally confirmed to undersigned counsel that these amounts were due and would be forthcoming, which payments have yet to be made.

14. Accordingly, in addition to breaching the fixture between the parties, Girsoki has also breached the settlement agreement between the parties.

WHEREFORE, plaintiff, Beluga Chartering GmbH, prays that defendant, Giroski, LLC, appear and answer this Complaint, and after final hearing of this matter, that plaintiff has judgment granted in its favor for all damages resulting from the defendant's breach of maritime contract and breach of settlement agreement, including an award for attorneys' fees, pre-judgment and post judgment interest as allowed by law, cost of suit and all other relief, both special and general, at law and in equity, to which the plaintiff may be justly entitled.

Respectfully submitted,

*/s/ Margaret A. Krasicki*
MARGARET A. KRASICKI (FL Bar #474525)
mkrasicki@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
620 Twiggs Street, Suite 303
Tampa, FL 33602
Telephone: (813)977-1200
Fax:  (813) 977-1288

OF COUNSEL:
JASON P. WAGUESPACK (LSB #21123)
MICHAEL J. NICAUD (LSB #29365)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Counsel for BBC Chartering & Logistic GmbH & Co. KG
And the M/V BBC VENEZUELA, *in rem*

CERTIFICATE OF SERVICE

I certify that on April 19, 2010, a true and correct copy of the foregoing has been forwarded to all counsel of record, via the Court's electronic filing system.

*/s/ Margaret A. Krasicki*
MARGARET A. KRASICKI, ESQUIRE